IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MAJER SINGH                                                   PETITIONER

v.                          CIVIL ACTION NO. 5:20-cv-124-DCB-MTP

WARDEN SHAWN R. GILLIS                                        RESPONDENT

ORDER

This matter is before the Court on Magistrate Judge Michael T. Parker's Report and Recommendation [ECF No. 9], to which no objections have been filed. Having carefully reviewed the Report and Recommendation, the Court finds it to be well taken.

On June 18, 2020, Respondent filed a Motion to Dismiss [ECF No. 8]. Respondent argues that the Petition is moot because Singh was removed to India on June 1, 2020. [ECF No. 8]. Petitioner has not responded to the Motion. Because the only relief Petitioner seeks is his release from immigration custody, his Petition [ECF No. 1] became moot upon his deportation from the United States, which terminated his immigration detention. See Ighekpe v. Sourkaris, 2006 WL 297746, at *2 (N.D. Tex. Jan. 30, 2006) (citing Odus v. Ashcroft, 61 F. App'x 121 (5th Cir. 2003)); Lay v. I.N.S., 2002 WL 32494536, at *1 (N.D. Tex. Dec. 17, 2002).

Accordingly,

IT IS HEREBY ORDERED that the Court ADOPTS Magistrate Judge Michael T. Parker's Report and Recommendation [ECF No. 9] as the findings and conclusions of this Court;

IT IS FURTHER ORDERED that the Respondent's Motion to Dismiss [ECF No. 8] is GRANTED.

A final judgment shall be entered of even date herewith in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the 18th day of August, 2020.

                                          _/s/ David Bramlette_____
                                          UNITED STATES DISTRICT JUDGE